**Alice ZELINSKI, Respondent,**

v.

**Robert ZELINSKI, Appellant.**

**No. WD 75840.**

Missouri Court of Appeals,
Western District.

Nov. 5, 2013.

James F. Ralls, Jr., for Respondent.

Michael J. Svetlic, Kansas City, for Appellant.

Before Division II: MARK D. PFEIFFER, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

## *ORDER*

PER CURIAM:

Robert Zelinski appeals from the judgment of the trial court dissolving his marriage to Alice Zelinski. In his sole point on appeal, he claims that the trial court erred in classifying the parties' residence as marital property 1rather than his non-marital property. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).